CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 17 2007

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH BRIAN JOYNER,<br>　　　Plaintiff, | Civil Action No. 7:06-cv-00377 |
| v. | ORDER |
| MAJOR J. C. COMBS, et al.,<br>　　　Defendant(s). | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. Defendants' motion for summary judgment (Dkt. No. 10) is hereby **GRANTED** in part and **DENIED** in part; specifically, the motion is **GRANTED** as to Claims (a) and (b) and these claims are hereby **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), for failure to exhaust administrative remedies, but the motion is **DENIED** as to Claim (c), regarding challenges to disciplinary proceedings; and

2. All action in this case is hereby **STAYED**, pending further order of this court after the United States Supreme Court issues its decision in the consolidated cases of Jones v. Michigan Dept. of Corr., No. 05-7058 and Williams v. Overton, No. 05-7142 (petition for cert. granted Mar. 6, 2006); and

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 17th day of January, 2007.

　　　　　　　　　　　　　　　　／s／ James C. Turk
　　　　　　　　　　　　　　　　Senior United States District Judge