IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
| | |
|---|---|
| KENNETH BRIAN JOYNER,<br>    Plaintiff, | Civil Action No. 7:06-cv-00377 |
| v. | **FINAL ORDER** |
| MAJOR J. C. COMBS, et al.,<br>    Defendant(s). | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendants' supplemental motion for summary judgment (Dkt. No. 20) is hereby **GRANTED,** and this civil rights action is hereby stricken from the active docket of the court.

ENTER: This 13th day of September, 2007.

*/s/ James C. Turk*
Senior United States District Judge